**Augustus P. SORIANO,**
**Plaintiff–Appellant**

v.

**TRUSTMARK NATIONAL BANK; Lisa Pence McDaniel, Defendants–Appellees.**

**No. 12–60097**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 22, 2012.

James Alexander Williams, Esq., Meridian, MS, for Plaintiff–Appellant.

---

William Trey Jones, III, Esq., Karen Elizabeth Howell, Esq., Brunini, Grantham, Grower & Hewes, P.L.L.C., Philip William Thomas, Law Offices of Philip W. Thomas, P.A., Jackson, MS, for Defendants–Appellees.

Before REAVLEY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for these reasons.

The district court decided that there was federal jurisdiction because plaintiff alleged that the dispute "emanated" from violation of bankruptcy rules and orders. We will accept that view of the pleading without more attention.

The difficulty is that no cause of action is alleged to have occurred before the year 2008. It follows that the state's three year statute of limitation barred these claims when the complaint was filed in January of 2008. The dismissal on Rule 12(b)(6) grounds was correct.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.